No. 71–256.   UNITED STATES *v.* EVANS ET AL.   C. A. D. C. Cir.   Motion of respondents for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 71–1340.   NEW YORK DISTRICT COUNCIL No. 9, INTERNATIONAL BROTHERHOOD OF PAINTERS & ALLIED TRADES, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE BRENNAN and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.

No. 71–1411.   LII *v.* SIDA OF HAWAII, INC., ET AL. Sup. Ct. Haw.   Motions to dispense with printing petition and brief in opposition granted.   Certiorari denied.

No. 71–1426.   CHAMBERS *v.* SPEIGHT, COMMISSIONER OF HIGHWAYS AND PUBLIC WORKS OF TENNESSEE.   C. A. 6th Cir.   Motion to dispense with printing petition granted.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1431.   TRIANGLE PUBLICATIONS, INC., ET AL. *v.* MATUS.   Sup. Ct. Pa.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 71–1441.   CONNORS ET AL. *v.* CHAS. PFIZER & CO., INC., ET AL.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 71–1534.   MONTANA POWER CO. *v.* FEDERAL POWER COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.